John C. Torjesen, SBN 141664
JOHN C. TORJESEN & ASSOCIATES, PC
612 N. Sepulveda Blvd., 2nd Floor
Los Angeles, California 90049

Attorneys for Plaintiffs
CARLA CLENNEY-MARTINEZ
CHRISTOPHER JAMES MARTINEZ

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY

| In Re: | CASE NO: 1:13-bk-10518-MT |
|---|---|
| RELIABLE TRUST DEED SERVICES, INC. | Chapter 7<br>APPLICATION FOR ORDER RE: STIPULATION BETWEEN THE PLAINTIFFS CARLA CLENNEY-MARTINEZ AND CHISTOPHER MARTINEZ AND THE BANKRUPTCY TRUSTEE FOR DEBTOR RELIABLE TRUST DEED SERVICES, INC. AND LYNN WOLCOTTFOR RELIEF FROM AUTOMATIC STAY TO ALLOW RELIABLE TRUST DEED SERVICES AND LYNN WOLCOTT TO ENTER INTO SETTLEMENT |

IT IS HEREBY STIPULATED AS FOLLOWS:

WHEREAS, On June 2, 2011, Plaintiffs Carla Clenney-Martinez and Christopher J. Martinez, filed a complaint in Los Angeles Superior Court Case No. BC455989, entitled *Carla Clenney-Martinez, et al. et al. vs. Everado L. Miramontes, et, et al.* ("Action"), and thereafter on December 2, 2011, plaintiffs filed a First Amended Complaint ("FAC") against defendants. In summary, the FAC involves a

1

STIPULATION FOR RELIEF FROM AUTOMATIC STAY

dispute over the foreclosure sale of real property once owned by plaintiff Carla Clenny-Martinez.

WHEREAS, on or about November 7, 2012, Clenney-Martinez filed a Second Amended Complaint for Fraud, Deceit, and Misrepresentation, Breach of Fiduciary Duty, Negligence, Financial Code 4970, Breach of Contract, Declaratory Action, Wrongful Foreclosure, Cancellation of Instruments, Quiet Title and Constructive Trust in relation to the same real property. The named defendants include: Everado L. Miramontes, Mirna M. Moramontes, Age of Techology, New Haven Financial, Inc., Stephen D. Simon, Richard Garcia, Cynthia Tirado, all persons claiming an interest in the subject property adverse to plaintiff's title, Reliable Trust Deed Services, Lynn Wolcott and Richard Garcia as Trustee of The Garcia Tirado Family Trust. Of the causes of action, Plaintiffs have asserted Negligence, Declaratory Action, Wrongful Foreclosure, Cancellation of Instruments/Rescission, Quiet Title and Constructive Trust against **debtor Reliable Trust Deed Services, Inc. ("RELIABLE")**.

WHEREAS, on or about December 12, 2012, debtor RELIABLE and Lynn Wolcott filed an Answer to the Second Amended Complaint denying the allegations and asserting affirmative defenses.

WHEREAS, Plaintiffs Carla Clenney-Martinez and Christopher Martinez and Defendants RELIABLE and Lynn Wolcott desire to enter into a settlement agreement whereby **RELIABLE's insurance company** will make the entire settlement payment to Plaintiffs. Thus, the settlement payment will <u>not</u> come from the debtor's assets, since the settlement payment is exclusively being made by an insurance company.

WHEREAS, as part of the settlement, Plaintiffs Carla Clenney-Martinez and Christopher Martinez and RELIABLE and Lynn Wolcott will release one another of any and all claims relating to the Action and waive California Civil Code section

1542. Neither RELIABLE nor Lynn Wolcott have filed any compulsory cross-action in the Action.

WHEREAS, RELIABLE filed Chapter 7 Bankruptcy in the United States Bankruptcy Court for the Central District of California, in the above captioned matter, Case Number 1:13-bk-10518-MT ("RELIABLE's Bankruptcy"). The Trustee for RELIABLE's Bankruptcy is David Seror ("Bankruptcy Trustee"), and Mr. Seror is represented by the law firm of Ezra, Brutzkus Gubner, LLP in RELIABLE's Bankruptcy. The Notice of Stay of Proceedings was filed in the Action on March 4, 2013.

WHEREAS, Plaintiffs, Lynn Wolcott and RELIABLE's Bankruptcy Trustee seek relief from the automatic bankruptcy stay, in order for the parties to enter into the settlement agreement, and for RELIABLE's insurance company to make the settlement payment to Plaintiffs.

THEREFORE, Plaintiffs and RELIABLE's Bankruptcy Trustee stipulate that this Court order relief from the automatic stay in order to allow RELIABLE to enter into the settlement agreement, and for RELIABLE's insurance company to make the settlement payment to Plaintiffs.

**IT IS SO STIPULATED.**

Dated: July 18, 2013

BY: _____
DAVID SEROR, Trustee,
Case Number 1:13-bk-10518-MT

Dated: July 23, 2013

JOHN C. TORJESEN & ASSOCIATES

BY: _____
JOHN C. TORJESEN

3

STIPULATION FOR RELIEF FROM AUTOMATIC STAY

|   |   |   |
|---|---|---|
| | | Attorneys for Plaintiffs, CARLA CLENNE-MARTINEZ and CHRISTOPHER JAMES MARTINEZ in Los Angeles Superior Court Case No. BC455989 |

Dated: 7-19-03

**MEYERS MCCONNELL REISZ SIDERMAN P.C.**

BY: _[signature]_
Kenton L. Robinson
Attorneys for RELIABLE TRUST DEED SERVICES, INC. and LYNN WOLCOTT, in Los Angeles Superior Court Case No. BC455989

**APPROVED AS TO FORM AND CONTENT:**

Dated: 7-23-2013

**MCNALLY & ASSOCIATES, P.C.**

BY: _[signature]_
GERALD MCNALLY
Attorney for RELIABLE TRUST DEED SERVICES, INC., in Case No.: 1:13-bk-10518-MT

###

4

STIPULATION FOR RELIEF FROM AUTOMATIC STAY